[No. 13207-5-I.   Division One.   August 12, 1985.]

JOHN HALLIS, *Appellant,* v. FIRST ALASKA MORTGAGE
CORPORATION, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 829568, Lee Kraft, J., entered April 19, 1983.
*Affirmed* by unpublished opinion per Coleman, J.,
concurred in by Williams and Grosse, JJ.

[No. 13943-6-I.   Division One.   August 12, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. LAURA
G. BRIDGHAM, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 83-1-01790-1, Donald D. Haley, J., entered
October 27, 1983. *Affirmed* by unpublished opinion per
Williams, J., concurred in by Corbett, C.J., and Ringold, J.

[No. 13733-6-I.   Division One.   August 12, 1985.]

MARIO A. SEGALE, *Respondent,* v. WHATLEY ENTERPRISES,
INC., ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King
County, No. 80-2-15940-2, Warren Chan, J., entered
August 15, 1983. *Affirmed* by unpublished opinion per
Swanson, J., concurred in by Ringold and Grosse, JJ.

[No. 13925-8-I.   Division One.   August 12, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. DONALD
WILLIAM GUERNSEY, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 82-1-02455-1, Anthony P. Wartnik, J.,
entered October 5, 1983. *Affirmed* by unpublished opinion
per Coleman, J., concurred in by Corbett, C.J., and
Scholfield, J.